UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICK TORNEO | : | CIVIL NO. 3:17CV1826(SRU) |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| DORA SCHRIRO, BRIAN | : | |
| MERAVIGLIA, REGINA RUSH- | : | |
| KITTLE, and DAVID ROSADO | : | |
| *Defendants* | : | FEBRUARY 21, 2018 |

**DEFENDANTS' MOTION TO CONTINUE ARGUMENT
RE: MOTION TO DISMISS AND MOTION TO AMEND COMPLAINT**

Due to the Superior Court's rescheduling of a trial, the Defendants Dora Schriro, Brian Meraviglia, Regina Rush-Kittle, and David Rosado, request that this Court reschedule the oral argument set for March 13, 2018 on the Defendants' Motion to Dismiss and Plaintiff's Motion to Amend the Complaint. In the alternative, both Plaintiff's counsel (Attorney Lewis Chimes) and the undersigned consent to waiver of oral argument.

This continuation is necessitated by the undersigned's trial in the New London Superior Court matter of *Kovachich v DMHAS,* KNL-CV13-6018881-S, which was rescheduled by Presiding Judge Harry Calmar from a start date of February 23, 2018 to a start date of March 6, 2018. This schedule will overlap with the current hearing date in this matter.

Moreover, the undersigned currently has another Superior Court trial scheduled to begin April 4, 2018 in the matter of *Noon v. DOC,* HHD-CV14-6051052-S. That matter should conclude no later than April 13th.

Since no other defense counsel has had any involvement in this matter, it is essential that the undersigned appear at oral argument. As Plaintiff continues his employment at the Department of Emergency Services and Public Protection, and his claim against this agency

1

remains pending at the Claims Commission, this rescheduling will not unduly delay the prosecution of his claims.

Accordingly, the Defendants ask that oral argument be rescheduled to a date after April 13th.  This is Defendants' first request to reschedule argument on these matters.

Pursuant to Local Rule 7(b), the undersigned contacted opposing/Plaintiff's counsel, Lewis H Chimes, Esq., and Mary-Kate Smith via electronic mail and voicemail. Attorney Chimes does not consent to this requested extension until after April 13th (he has a trial set to commence April 4th) but would consent to a rescheduling prior to the commencement of the undersigned's trial.  However, the undersigned counsel is not available prior to trial due to trial preparation and medical treatment.

WHEREFORE, Defendants respectfully requests that argument on Defendants' Motion to Dismiss be rescheduled for a date after April 13, 2018 or that this Court waive oral argument.

        DEFENDANTS

        DORA SCHRIRO, BRIAN MERAVIGLIA, REGINA RUSH-KITTLE, and DAVID ROSADO (In Their Individual Capacities Only)

        GEORGE JEPSEN
        ATTORNEY GENERAL

By:   /s/ *Nancy A. Brouillet*
       Nancy A. Brouillet
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       Federal Bar No. ct03138
       Email:  Nancy.Brouillet@ct.gov

## **CERTIFICATION**

I hereby certify that on February 21, 2018 a copy of the foregoing was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Nancy A. Brouillet*_____
Nancy A. Brouillet (#ct03138)
Assistant Attorney General