IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PATRICK TORNEO** | : | CIVIL ACTION NO. 3:17-cv-01826-DJS |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **DORA SCHRIRO** and | : | |
| **BRIAN MERAVIGLIA** | : | |
| *Defendants* | : | SEPTEMBER 26, 2018 |

## MOTION TO DISMISS PROPOSED AMENDED COMPLAINT

Defendants move to dismiss the above-entitled action on the following grounds:

1. Pursuant to Fed. R. Civ. P. 12(b)(1), this Court lacks subject matter jurisdiction over this complaint against the defendants State Agency officials in their official capacities because it is barred by the Eleventh Amendment.

2. The Court lacks jurisdiction over the plaintiff's complaint under the doctrines of *res judicata* and collateral estoppel as to issue and claim preclusion.

3. The Court lacks subject matter jurisdiction over this complaint against the defendants State officials in their individual capacities pursuant to the doctrine of qualified immunity.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, defendants move that this action be dismissed.

Respectfully submitted this 26th day of September, 2018.

                        DEFENDANTS

                        GEORGE JEPSEN
                        ATTORNEY GENERAL

                        Philip M. Schulz
                        Assistant Attorney General

BY:   /s/ Richard T. Sponzo
        Richard T. Sponzo
        Assistant Attorney General
        Federal Bar No. ct08563
        55 Elm Street, 5th Floor
        P.O. Box 120
        Hartford, CT 06141-0120
        Tel: (860) 808-5050
        Fax: (860) 808-5388
        richard.sponzo@ct.gov

**CERTIFICATION**

This is to certify that on September 26, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Richard T. Sponzo
Richard T. Sponzo
Assistant Attorney General